Susan K. Smith
Trustee in Bankruptcy
2701 Del Paso Road,
Suite 130-PMB 399
Sacramento, CA 95835-2306
Telephone: (916) 833-2936
Facsimile:  (916) 313-3521

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

MY US LEGAL SERVICES, INC.

A CALIFORNIA CORPORATION

Debtors.

Case No. 10-51750-B-7

DCN: SKS-3

**TRUSTEE'S EX PARTE APPILCATION FOR ORDER AUTHORIZING RETURN OF UNCLAIMED DIVIDEND FOR CREDITOR SUSAN WILSON ERRONEOULSY DEPOSITED WITH THE COURT**

SUSAN K. SMITH, Chapter 7 Trustee in the above-referenced case respectfully represents as follows:

1.	On August 5, 2014, Trustee's Notice of Unclaimed Funds was filed with the Court (Docket Number 542) acknowledging that Trustee had deposited with the Court $95,235.20 that had been unclaimed in the bankruptcy case by 96 creditors. The $1,016.98 dividend for creditor Susan Wilson was erroneously included in this deposit with the Court.

2	Trustee requests that the $1,016.98 dividend deposited in error by Trustee with the Court be returned to Trustee for distribution to creditor Susan Wilson in accordance with the Trustee's Final Report.

Executed on August 5, 2014 at Sacramento, California.

	 /s/Susan K. Smith	
	**SUSAN K. SMITH, TRUSTEE**

-1-