```
Susan K. Smith
Trustee in Bankruptcy
2701 Del Paso Road,
Suite 130-PMB 399
Sacramento, CA 95835-2306
Telephone: (916) 833-2936
Facsimile:  (916) 313-3521
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 10-51750-B-7 |
| MY US LEGAL SERVICES, INC. | DCN: SKS-3 |
| A CALIFORNIA CORPORATION | |
| Debtors. | |

**ORDER AUTHORIZING RETURN OF UNCLAIMED DIVIDEND FOR CREDITOR SUSAN WILSON ERRONEOUSLY DEPOSITED WITH THE COURT**

The Court, having considered the Trustee's Ex Parte Application for Order Authorizing Return of Unclaimed Dividend for Creditor Susan Wilson Erroneously Deposited with the Court, hereby grants Trustee's request.

**IT IS HEREBY ORDERED** that the $1,016.98 dividend erroneously deposited with the Court be returned to the Trustee for distribution to creditor Susan Wilson in accordance with the Trustee's Final Report.

Dated: August 15, 2014

Thomas C. Holman
United States Bankruptcy Judge

RECEIVED
August 06, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005287893

-1-