Case 10-51750   Filed 08/21/14   Doc 545

FILED
AUG 2 1 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

JRUS

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: My US Legal Services, Inc.

Case No.: 10-51750-B-7

**CHANGE OF ADDRESS**

Change of Address For:   ☐ Debtor(s)   ☐ Attorney   ☒ Creditor
                         ☐ Husband Only
                         ☐ Wife Only

**OLD ADDRESS**

NAME: Gordon and Wendy Keiser

MAILING ADDRESS: 13748 Calle del Sol

CITY, STATE, ZIP: Jamul, California 91935

TELEPHONE NO.: 619-669-9838

**NEW ADDRESS**

NAME: Gordon and Wendy Keiser

MAILING ADDRESS: 1057 Waterville Lake Road

CITY, STATE, ZIP: Chula Vista, CA 91915

TELEPHONE NO.: 619-934-1097

Dated: 8-19-14

Requestor's Name: Wendy L. Keiser

Requestor's Signature: *Wendy L. Keiser*

Title, if applicable (Corporate Officer, partner, or agent)

EDC 2-085 (Rev. 6/12)