**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

FILED
SEP - 5 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: My US Legal Services, Inc., a California Corp.

Case No.: 10-51750-B-7

**CHANGE OF ADDRESS**

Change of Address For:
☐ Debtor(s)
☒ Creditor
☐ Debtor
☐ Co-Debtor

ORIGINAL FILED
JUL - 1 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

ATTORNEYS WHO WISH TO MAKE A CHANGE OF ADDRESS MUST USE OUR E-FILING WEBSITE.

**OLD ADDRESS**

NAME: Judy Esquivel
MAILING ADDRESS: 3610 Burton Drive
CITY, STATE, ZIP: Ceres, CA 95307
TELEPHONE NO.: (408) 420-4134

**NEW ADDRESS**

NAME: Judy Esquivel
MAILING ADDRESS: 202 Channel Ave
CITY, STATE, ZIP: Atwater, CA 95301
TELEPHONE NO.: (408) 420-4134

Dated: 6/29/14

Requestor's Name: Judy Esquivel

Requestor's Signature: [signature]

Title, if applicable (Corporate Officer, partner, or agent)

EDC 2-085 (Rev. 6/13)