# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In Re:   )   Case Number: 10-51750-B-7
         )
My US Legal Services, Inc., a   )
California Corporation   )
         )
                   Debtor(s)   )

**FILED**

OCT 1 4 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. § 347(a), 28 U.S.C. § 2042, and the application of Dilks & Knopik, LLC, seeking payment of funds previously unclaimed by Jennifer Erwin Barrientos in the above-entitled case. It appears from the application and supporting documentation that Jennifer A. & Erwin D. Barrientos is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $1,016.99 from the Treasury Registry to:

> Jennifer A. & Erwin D. Barrientos
> and Dilks & Knopik, LLC
> 35308 SE Center St
> Snoqualmie, WA 98065-9216

DATED: OCT 1 0 2014

_____
UNITED STATES BANKRUPTCY JUDGE