Case 10-51750    Filed 03/24/15    Doc 604



# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In Re: ) Case Number: 10-51750-B-7
)
My US Legal Services, Inc., a )
California Corporation )
)
Debtor(s) )

FILED JLNS
MAR 2 4 2015
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. § 347(a), 28 U.S.C. § 2042, and the application of Dilks & Knopik, LLC, seeking payment of funds previously unclaimed by Jeff Roxanne Smith in the above-entitled case. It appears from the application and supporting documentation that Jeffry R. & Roxeann D. Smith, Creditor is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $1,016.99 from the Treasury Registry to:

> Jeffry R. & Roxeann D. Smith, Creditor
> and Dilks & Knopik, LLC
> 35308 SE Center St
> Snoqualmie, WA 98065-9216

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE